AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

DENNIS SUDBERRY,

      Petitioner,

V.

ISIDRO BACA, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:17-cv-00030-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice pursuant to this court's Order entered April 5, 2017 (ECF No. 4).
    **IT IS FURTHER ORDERED** that certificate of appealability is **DENIED.**

  April 5, 2017                               **DEBRA K. KEMPI**
                                                        Clerk

                                                   /s/ D. R. Morgan
                                                     Deputy Clerk